UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-16520 |
| District Court/Agency Case Number(s): | CV-11-296-PHX-DGC |
| District Court/Agency Location: | District of Arizona |
| Case Name: | State of Arizona et al v. Tohono O'odham Nation |
| If District Court, docket entry number(s) of order(s) appealed from: | 43, 216, 225, 226 |
| Name of party/parties submitting this form: | State of Arizona, Gila River Indian Community, Salt River Pima-Maricopa |

**Please briefly describe the dispute that gave rise to this lawsuit.**

The Tohono O'odham Nation intends to open a casino on a parcel of land in the Phoenix metropolitan area which it acquired pursuant to a congressional act. Plaintiffs/Appellants contend that operating the casino violated the existing gaming compact between the Nation and the State.

**Briefly describe the result below and the main issues on appeal.**

The district court granted summary judgment to the Nation on all claims. The main issues on appeal are statutory interpretation of the act used to acquire the land and contract interpretation and enforcement issues relating to promises made to the Arizona voters who approved the compact by statewide referendum.

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

No proceeding remain below at this time, though the Nation's request for attorneys' fees has been delayed pending the outcome of the appeal. Although there are no related cases, in another case concerning the same parcel of land this Court reversed a decision by the United States to take the land into trust for the benefit of the Nation, remanding the matter to the agency for further consideration of ambiguous language in the act under which the land was acquired.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Shane Ham

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Salt River Pima-Maricopa Indian Community

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# SERVICE LIST

1. Appellant Salt River Pima-Maricopa Indian Community is represented by:

Mary R. O'Grady
John L. Blanchard
Shane M. Ham
Grace E. Rebling
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
Tel: (602) 640-9352
Fax: (602) 640-9050
mogrady@omlaw. com
jblanchard@omlaw.com
sham@omlaw. com
grebling@omlaw.com

2. Appellant State of Arizona is represented by:

Thomas C. Horne
Michael Tryon
Evan Hiller
ARIZONA ATTORNEY GENERAL'S OFFICE
1275 W. Washington
Phoenix, Arizona 85007
Tel: (602) 542-8355
Fax: (602) 542-4085
tom.horne@azag.gov
michael.tryon@azag.gov
evan.hiller@azag.gov


3. Appellant Gila River Indian Community is represented by:

Linus Everling, General Counsel
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
Tel: (520) 562-9763
Fax: (520) 562-9769
Linus.Everling@gric.nsn.us

5010503 v1

Patricia A. Millett
James P. Tuite
Merrill C. Godfrey
Jason T. Hauter
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
pmillett@akingump.com
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman
GREENBERG TRAURIG LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: (602) 445-8000
Fax: (602) 445-8100
schulmanb@gtlaw.com

4. Appellee Tohono O'odham Nation is represented by:

Johnathan Jantzen
Samuel Daughety
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona 85634
Tel: (520) 383-3410
Fax: (520) 383-2689
johnathan.jantzen@tonation-nsn.gov
samuel.daughety@tonation-nsn.gov

Seth P. Waxman
Danielle Spinelli
Annie L. Owens
Shivaprasad Nagaraj
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com

danielle.spinelli@wilmerhale.com
annie.owens@wilmerhale.com
shiva.nagaraj@wilmerhale.com
sonya.lebsack@wilmerhale.com

Michael J. Rusing
Todd M. Hardy
RUSING LOPEZ & LIZARDI, PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Tel: (520) 792-4800
Fax: (520) 529-4262
mrusing@rllaz.com
thardy@rllaz.com

        Respectfully Submitted,

        s/ Shane M. Ham
        Mary R. O'Grady
        John L. Blanchard
        Shane M. Ham
        Grace E. Rebling
        OSBORN MALEDON, P.A.
        2929 North Central Avenue, Suite 2100
        Phoenix, Arizona 85012
        Tel: (602) 640-9352
        Fax: (602) 640-9050
        mogrady@omlaw.com
        jblanchard@omlaw.com
        sham@omlaw.com
        grebling@omlaw.com

        *Counsel for Appellant Salt River Pima-Maricopa Indian Community*

Dated: August 2, 2013

5010503 v1

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 2, 2013, I electronically filed the foregoing Service List with the Clerk of the court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system.

      All of the foregoing counsel are CM/ECF users and will be served copies of the foregoing Service List via the CM/ECF system.

                                     s/ J. Greenwood